# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **NELLIE JONES,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Criminal Action No.** |
| : | **5:08-CV-302(HL)** |
| **DEPUTY JOHNSON,** : | |
| : | |
| **Defendant.** : | |
| : | |
| : | |

## ORDER

A status conference was scheduled in this case for Tuesday, July 28, 2009, at 9:30 a.m. in Macon, Georgia. Attorney Jason Waymire, counsel for Defendant, appeared at the hearing. Plaintiff Nellie Jones, who is proceeding pro se, did not appear. Around the time the conference was scheduled to begin, the Court received a call from Plaintiff's daughter-in-law, who stated that Plaintiff did not appear because she did not receive notice of the hearing until the morning of the scheduled conference. Plaintiff's daughter-in-law further stated that Plaintiff is elderly and does not want to pursue the case any longer. The assertion that Plaintiff does not desire to prosecute this action is supported by the record in this case. Plaintiff failed to cooperate with Mr. Waymire in drafting a proposed discovery plan, and she further failed to appear for her scheduled deposition. Based on the representations of

Plaintiff's daughter-in-law, as further supported by the record in this case, Plaintiff's case is dismissed without prejudice for failure to prosecute.

**SO ORDERED**, this the 28th day of July, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, Judge**

dhc